UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-16771 MER |
| | ) | |
| TONEE BUWANA | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtor** | ) | |

___

**STATUS REPORT**
___

**This certificate pertains to the debtor's chapter 13 plan dated July 21, 2017, at docket number 2 (The last plan to be noticed and served).**

The debtor, by and through counsel, Nathaniel J. Thompson submits the following certificate pursuant to L.B.R. 3015-1 and states as follows:

1. The debtor filed for chapter 13 relief on July 21, 2017. The debtor has NOT attended his/her 11 U.S.C. § 341(a) Meeting of Creditors.

2. Undersigned counsel has confirmed that Debtor, Mr. Buwana is deceased. As such, the Debtor cannot attend the meeting of creditors and cannot make regular payments to fund the chapter 13 plan. Based on the rational and law cited in *In re Waring,* 16-12624 TBM, undersigned Counsel does not object to this Court dismissing this case.

RESPECTFULLY SUBMITTED this 26th day of September, 2017.

Signed:

*/s/ Nathaniel J. Thompson*
Nathaniel J. Thompson, Reg. No. 41219
1888 Sherman Street, Suite 200
Denver, CO 80203
(720) 319-7049

1

## CERTIFICATE OF SERVICE

I, Nathaniel J. Thompson, did on **September 26, 2017**, mail a copy of the Status Report through the US Mails, postage pre-paid, to the following:

Douglas B. Kiel
Chapter 13 Trustee
4725 South Monaco Street, Suite 120
Denver, CO 80237

United States Trustee
Attn: Gregory Garvin
999 18th Street, Ste 1551
Denver, CO 80202

/s/ Nathaniel J. Thompson